BATHGATE, WEGENER & WOLF
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
ONE AIRPORT ROAD
POST OFFICE BOX 2043
LAKEWOOD, NEW JERSEY 08701

(732) 363-0666

E-Mail: law@bathweg.com

Fax #
(732) 363-9864

October 16, 2020

*Via CM/ECF*
Honorable Michael A. Shipp
United States District Judge
Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: *Palm and Pine Ventures, LLC v. Certain Underwriters at Lloyd's London et al.*
Case No. 3:20-cv-08212-MAS-LHG

Dear Judge Shipp:

On October 16, 2020, undersigned counsel filed a Rule 7.1(d)(5) letter [D.E. 14] for an automatic extension of all Defendants' dispositive motion to dismiss [D.E. 13] which is currently returnable on November 2, 2020. Also returnable on that day is all Defendants' motion to transfer [D.E. 12]. As a motion to transfer is considered non-dispositive under the Local Rules, Plaintiff hereby requests a one (1) cycle adjournment of this motion from November 2, 2020 to November 16, 2020, so that it may be heard on the same day as the motion to dismiss. I have obtained the consent of my adversary to this request.

Respectfully submitted,

*/s/ Ryan M. Farrell*
Ryan M. Farrell

Cc: All counsel of record

**So Ordered this 22nd day of October, 2020.**

MAShipp

**Honorable Michael A. Shipp, U.S.D.J.**