# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

### CASE NO. 3:20-cv-08212-MAS-LHG

PALM AND PINE VENTURES, LLC

    Plaintiff,                                         **CLASS ACTION**

v.

CERTAIN UNDERWRITERS AT LLOYD'S
LONDON, UNDERWRITERS AT
LLOYD'S LONDON KNOWN AS
SYNDICATE XLC 2003, CNP 4444,
QBE 1886, ARG 2121, and ASC 1414, and
HDI GLOBAL SPECIALTY SE,

    Defendants.

_____/

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Palm and Pine Ventures, LLC. ("Plaintiff"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice that the claims against Defendants Certain Underwriters at Lloyd's London ("Underwriters"); Underwriters at Lloyd's London known as Syndicate XLC 2003, CNP 4444, QBE 1886, ARG 2121, and ASC 141 ("Syndicate"), and HDI Global Specialty SE ("HDI Global") (together, "Defendants") in the above-captioned action are voluntarily dismissed, without prejudice.

    Dated: November 2, 2020        Respectfully submitted,

                                        By: */s/ Lawrence E. Bathgate, II*
                                            Lawrence E. Bathgate, II, Esq.
                                            NJ Bar No. 222621965
                                            lbathgate@bathweg.com
                                            John J. Reilly, Esq.
                                            NJ Bar No. 014391977
                                            jreilly@bathweg.com
                                            Ryan M. Farrell, Esq.
                                            NJ Bar No. 276372018
                                            rfarrell@bathweg.com

**BATHGATE, WEGENER & WOLF, P.C.**
One Airport Road
P.O. Box 2043
Lakewood, New Jersey 08701
Phone: (732) 363-0666

Adam M. Moskowitz
(*Pro Hac Vice* Admission Pending)
Florida Bar No. 984280
adam@moskowitz-law.com
Adam A. Schwartzbaum
(*Pro Hac Vice* Admission Pending)
Florida Bar No. 93014
adams@moskowitz-law.com
Howard M. Bushman
(*Pro Hac Vice* Admission Pending)
Florida Bar No. 0364230
howard@moskowitz-law.com
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

William F. "Chip" Merlin, Jr.
cmerlin@MerlinLawGroup.com
New Jersey Bar No. 055182013
Florida Bar No.  364721
Michael Howard Moore
DC Bar No. 482356
mmoore@merlinlawgroup.com
(*Pro Hac Vice* Admission Pending)
**MERLIN LAW GROUP**
777 S. Harbour Island Blvd.,
Suite 950
Tampa, FL 33602
Telephone: (813) 229-1000
Facsimile: (813) 229-3692

Rene M. Sigman
Texas Bar No. 24037492
rsigman@MerlinLawGroup.com
(*Pro Hac Vice* Admission Pending)
**MERLIN LAW GROUP**
515 Post Oak Blvd
Suite 510
Houston, Texas 77027
Tel: (713) 626-8880
Fax: (713) 626-8881

                                          Christina Phillips
                                          Illinois Bar No.   6287091
                                        cphillips@merlinlawgroup.com
                                        (*Pro Hac Vice* Admission Pending)
                                        **MERLIN LAW GROUP**
                                        181 West Madison
                                        Suite 3475
                                        Chicago, Illinois 60602
                                        Tel:     (312) 260-0806
                                        Fax:     (312) 260-0808

**So Ordered this** 18th **day of January, 2021.**

/s/ M. Shipp
**Honorable Michael A. Shipp, U.S.D.J.**